Filed:  January 4, 2024

VERMONT SUPREME COURT
109 State Street
Montpelier VT 05609-0801
802-828-4774
www.vermontjudiciary.org



Case No.        23-AP-406

## ENTRY ORDER

JANUARY TERM,   2024

In re William Cobb (Judicial Conduct            }    Original Jurisdiction
Board*)

                                              }    Judicial Conduct Board
                                              }    CASE NO. 22.040

In the above-entitled cause, the Clerk will enter:

Pursuant to the parties' stipulation as adopted by the Judicial Conduct Board, respondent William Cobb may never again serve as a judicial officer in the State of Vermont.

BY THE COURT:

_____
Paul L. Reiber, Chief Justice

_____
Harold E. Eaton, Jr., Associate Justice

_____
Karen R. Carroll, Associate Justice

_____
William D. Cohen, Associate Justice